# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| TEXAS GUARANTEED STUDENT LOAN, CORP. | § § § | |
| v. | § § § | NO. 1:15-cv-246 |
| JARRELL FAB & WELDING, INC. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

This case was referred to the Honorable Zack Hawthorn, United States Magistrate Judge, for pretrial management pursuant to General Order 72-1. Pending before the court is a "Motion for Default Judgment" by the Plaintiff, Texas Guaranteed Student Loan Corporation ("TGSLC"). (Doc. No. 13.) On February 22, 2016, the magistrate judge filed a report recommending that the court grant TGSLC's motion. (Doc. No. 14.) No objections to the report have been filed, and the time for doing so has passed. Furthermore, the court's independent review confirms that the magistrate judge's analysis is correct.

Additionally, the magistrate judge's report ordered that TGSLC provide documentation to support the following two categories of damages: (1) costs of court, and (2) pre-judgment interest. (Doc. No. 14, at 9–10.) TGSLC has provided documentation to support its costs of court. (Doc. No. 15.) However, TGSLC has only provided documentation in support of its request for pre-judgment interest starting on September 30, 2015. (Doc. No. 13, App'x at 1.) Therefore, in accordance with the magistrate judge's report, pre-judgment interest of 5% per annum will be applied to $4,916.53 only from September 30, 2015 until the date of final judgment, for a total of $117.86.

It is **ORDERED** that the magistrate judge's report and recommendation (Doc. No. 14) is **ADOPTED**; and TGSLC's "Motion for Default Judgment" (Doc. No. 13) is **GRANTED**. A final judgment will be entered separately.

So **ORDERED** and **SIGNED** this **23** day of **March, 2016.**

_____
Ron Clark, United States District Judge